UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00466-NRN

ELLIOT GORR, individually and on behalf of all similarly situated persons,

    Plaintiff

v.

KAOS LIMITED, KYLEENA FALZONE, CARSON WEST and BENJAMIN DIEM,

    Defendants

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff and Defendants (collectively the "Parties"), by and through their undersigned counsel of record, hereby request final approval of the Parties' Settlement Agreement[1]. In support, the Parties respectfully state as follows:

On January 13, 2022, the Court granted preliminary approval to the Parties' Rule 23 Class Action Settlement, conditionally certified the case under Rule 23 for settlement purposes, authorized the proposed form and manner of notice to the class, appointed Elliot Gorr to serve as the Class Representative and Optime Administration to serve as the Settlement Administrator.

The Settlement Notice and Opt-Out Form was mailed to the 77 members of the Class. *See Declaration of Anthony Gomez*, attached hereto as Exhibit 1. There

---

[1] A copy of the Settlement Agreement was attached as Exhibit 1 to the parties' *Joint Motion for Preliminary Approval of Settlement Agreement Certifying Class for Purpose of Settlement, Directing Notice to the Class, and Scheduling Final Approval Hearing* (ECF No. 44-1).

1

were 26 mailings that were returned for which skip-tracing was performed. Notices were then re-mailed to 11 individuals for whom updated information could be found. *Id.* The Notice was sent by email to the 16 individuals who ultimately could not be reached by mail.

The time period to opt-out or object is now closed and no Class Members opted-out of the settlement. *Id.* There were no objections. *Id.* The Court set a Final Approval Hearing to occur on April 7, 2022. After the Final Approval Hearing and expiration of applicable appellate deadlines, Defendants' obligation to fund the Settlement will be triggered.

For the reasons stated herein and in the Parties' Joint Motion for Preliminary Approval of Settlement Agreement, the Parties jointly move for an order: (1) granting final approval to the Rule 23 Class Action Settlement; (2) approving the attorneys' fees and litigation costs to Class Counsel (36% of the $158,000 total fund or $56,880); and (3) approving the $5,000 service award to the Class Representative.

For the Court's convenience, a proposed order is attached hereto as Exhibit 2.

Respectfully submitted this 4th day of March 2022.

| | |
|---|---|
| */s/Brian D. Gonzales* | */s/Kristina M. Wright* |
| Brian David Gonzales, Esq. | Kristina M. Wright |
| **THE LAW OFFICES OF** | MESSNER REEVES LLP |
| **BRIAN D. GONZALES** | 1430 Wynkoop Street, Suite 300 |
| 2580 East Harmony Road, Suite 201 | Denver, Colorado 80202 |
| Fort Collins, Colorado 80528 | Telephone: (303) 605-1564 |
| Telephone: (970) 214-0562 | KWright@messner.com |
| BGonzales@ColoradoWageLaw.com | |
| | **ATTORNEYS FOR DEFENDANTS** |
| **ATTORNEYS FOR PLAINTIFF** | |