UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ELLIOT GORR, individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br>v.<br><br>KAOS LIMITED, KYLEENA FALZONE, CARSON WEST and BENJAMIN DIEM,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANTHONY GOMEZ

I, Anthony Gomez, being duly sworn, do hereby depose and state as follows:

1. I am one of the principals of Optime Administration, LLC ("Optime"), a firm that provides notice and claims administration services for class action settlements. Optime has experience in all areas of settlement administration, including providing notice to class members, processing claim forms, and distributing settlement proceeds to class members.

2. On October 27, 2021, Optime was retained to administer a settlement in the case captioned above.

3. Optime is the settlement administrator in this case and has been responsible for carrying out the terms of the parties' settlement agreement with respect to distributing and following up on undeliverable or returned notices and collecting claim forms and objections. Following settlement approval, Optime will also be responsible for distributing the proceeds of the settlement fund to the class members.

4. I submit this affidavit to inform the parties and the Court about the settlement administration activities completed to date in this case.

5. On January 14, 2022, Optime was given the Class Notice [EXHIBIT 1] and court documents.

6. On January 19, 2022, Optime was given a class list of 77 individuals with their last known mailing address.

7. On January 20, 2022, Optime issued a mailing packet via first class mail to 77 class members at their last known address. The mailing packet contained a copy of the court approved notice and were printed in English.

8. Mailing packets that were returned to Optime by the United States Postal Service (USPS) as undeliverable were promptly researched through a public records database called Intelius. To my knowledge, Intelius is the best resource available for researching updated address information. If an updated address was found in the database, the mailing packet was resent via first class mail. As of March 16, 2022, 26 mailing packets were returned as undeliverable by USPS. The 26 addresses that were deemed undeliverable by USPS were researched through Intelius and 11 updated addresses were found. The 11 mailing packets were resent to the updated addresses. Of the 26 mailing packets that were returned, 16 were unreachable.

9. As of March 23, 2022, to the best of our knowledge, 61 of the 77 Notice mailing packets have been successfully delivered.

10. On March 23, 2022, Optime send an electronic notice email to the 16 class members who did not receive the mailing packet.

11. As of March 23, 2022, Optime received 0 Opt-Outs.

12. As of March 23, 2022, Optime received 0 objections.

Signed on March 29, 2022, under the pains and penalties of perjury.

_____
Anthony Gomez

# EXHIBIT 1

# NOTICE OF PROPOSED SETTLEMENT AND RIGHT TO OPT-OUT

*Elliot Gorr v. Kaos Limited,* et al.
No. 1:21-cv-00466-NRN (D. Colo.)

*A COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

**TO: [INSERT CLASS MEMBER'S NAME]**

- **PLEASE READ THIS NOTICE CAREFULLY. IT TELLS YOU ABOUT THE SETTLEMENT OF A CLASS ACTION LAWSUIT THAT INCLUDES YOU.**
- **YOU ARE ELIGIBLE TO RECEIVE A PAYMENT FROM THE SETTLEMENT OF THIS LAWSUIT.**
- **IF YOU WISH TO OBJECT TO OR EXCLUDE YOURSELF FROM THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.**
- **IF YOU RECEIVED THIS NOTICE ON BEHALF OF A CLASS MEMBER WHO IS DECEASED, YOU SHOULD PROVIDE THE NOTICE TO THE AUTHORIZED LEGAL REPRESENTATIVE OF THAT CLASS MEMBER.**

A proposed settlement has been reached between the parties in this class action pending in the United States District Court for the District of Colorado brought on behalf of "all hourly tip credit employees who worked for Bonez Restaurant in Crested Butte, Colorado from February 17, 2018, to May 01, 2021" (the "Settlement Class"). The court has preliminarily approved the settlement.

You are receiving this Notice because you are a member of the Settlement Class. This Notice informs you of how you can object to the settlement or exclude yourself from the settlement. If the settlement is finally approved by the Court, you will receive a settlement payment and will be bound by the settlement unless you exclude yourself from the settlement by following the instructions in this Notice.

If the Court finally approves the settlement and you do not exclude yourself from the settlement, you will receive a gross, pre-tax payment of approximately **$[insert amount]**.

The Court will decide whether to finally approve the settlement during a hearing ("the Fairness Hearing") to be conducted at 10:30 AM on APRIL 7, 2022, in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**What Is The Class Action About?**

This action involves a class of seventy-seven (77) current and former Bonez employees who participated in a tip pool, which included kitchen staff. The action seeks unpaid wages on behalf of these individuals. Plaintiff alleges the tip practices at Bonez violated state and federal law; Plaintiff further alleges employees were not provided meal and rest breaks in accordance with state law. Defendants deny any wrongdoing or liability. The settlement is an effort by both sides to avoid costly litigation. The Court has not decided who is right.

**What Are My Rights?**

You have the following choices:

| | |
|---|---|
| **DO NOTHING AND STAY IN THE SETTLEMENT CLASS** | By doing nothing, you will remain in the Settlement Class and you will receive a settlement payment check. By cashing the settlement check, you will be legally bound by all orders and judgments entered by the Court. You will not be able to sue, or continue to sue, Defendants in any lawsuit relating to the alleged improper tip practices and meal and rest breaks during the time period covered by the settlement. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS**<br><br>**Postmark Deadline: [45 days after Notice mailed]** | You may exclude yourself from of the Settlement Class. If you exclude yourself, you will receive no benefits or payment, you will not give up any legal claims you may have against Defendants, and you will not be bound by any orders or judgments of the Court. To exclude yourself from the settlement, you must send a letter stating that you want to exclude yourself from the Settlement Class. This letter must include your name, address, telephone number, and the last four digits of your social security number. The letter must be mailed to the following address: Optime Administration, LLC, PO Box 3206, Brockton, MA 02304 (c/o Bonez Settlement). To be valid, the letter must be postmarked by **March 5, 2022**. |
| **OBJECT TO THE SETTLEMENT**<br><br>**Postmark Deadline: [45 days after Notice mailed]** | You may object to the settlement. If you object and the Court finally approves the settlement over your objection, you will remain in the Settlement Class, receive a settlement payment, be legally bound by all orders and judgments entered by the Court, and will not be able to sue, or continue to sue, Defendants in any lawsuit relating to the claims in this lawsuit. To object to the settlement, you must send a letter describing the reasons for your objection. This letter must include your name, address, telephone number, and the last four digits of your social security number. The letter must be mailed to the following address: Optime Administration, LLC, PO Box 3206, Brockton, MA 02304 (c/o Bonez Settlement). To be valid, the letter must be postmarked by **March 5, 2022**. Finally, if you object to the settlement, |

2

<<ID>> - <<FIRST>> <<LAST>>

> you are entitled to appear at a Fairness Hearing and will be provided with an opportunity to further explain the basis for your objection to the Court.

**Do I Have A Lawyer In The Lawsuit?**

The Court has appointed the following attorney ("Class Counsel") to represent you and other members of the Settlement Class:

> Brian D. Gonzales, Esq.
> The Law Offices of Brian D. Gonzales, PLLC
> 2580 East Harmony Road, Suite 201.
> Fort Collins, CO 80528
> Phone: (970) 214-0562
> Email: bgonzales@coloradowagelaw.com

You will *not* be required to pay the above attorney from your settlement payment. This attorney will submit a motion requesting that the Court award him no more than thirty-six (36) percent of the Gross Settlement Amount of $158,000 for his accumulated attorney's fees and out-of-pocket expenses.

If you want your own lawyer, you may hire one at your own expense. If you do so, your lawyer must file an appearance in the action. Alternatively, you may represent yourself *pro se*.

**What Will I Receive From The Settlement?**

The Gross Settlement Amount is $158,000. This is the maximum amount that Defendants are obligated to pay under the settlement. This amount consists of (i) up to $56,880 for attorney's fees and litigation costs, (ii) up to $5,000 for the named plaintiff, (iii) $5,668.50 for settlement administration costs, and (iv) $90.451.50 to compensate Settlement Class members who do not exclude themselves from the settlement. This $158,000 amount includes all payroll taxes and withholdings, including Defendant's share of such taxes and withholdings.

Your individual payment amount is based on the total amount of tip credit that was taken against your wages between February 17, 2018, to May 01, 2021.

**What Do I Give Up As A Result Of The Settlement?**

In consideration for your settlement payment, you will be releasing Defendants and their respective heirs, descendants, dependents, executors, successors, assigns, and administrators, from any and all claims for unpaid wages arising between February 17, 2018, to May 01, 2021, that are based upon the claims alleged in the operative Complaint in this matter.

**When Will The Court Decide Whether To Give Final Approval To The Settlement?**

The Court will hold the Fairness Hearing at 10:30 AM on APRIL 7, 2022, in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. At this time, the Court will review the papers submitted by the parties and any objectors, and hear any properly noticed witnesses. The Court will decide either at or after the Fairness Hearing whether to grant final approval of the settlement, and will issue a written order of its decision.

3

**May I Attend The Fairness Hearing?**

Yes, any Settlement Class member may attend the hearing, but you do not need to do so in order to receive your individual payment amount. If you object to the settlement, you may submit your objections, as detailed above, along with any supporting documents, and declare your intent to appear at the fairness hearing, either personally or through an attorney.

**What Happens If The Court Does Not Give Final Approval?**

If the Court denies the parties' request for final approval of the Settlement Agreement, no payments will be made under the settlement and this action will revert to its status immediately prior to the execution of the Settlement Agreement.

**If The Settlement Is Approved, When Will I Receive My Settlement Check?**

If the Court grants final approval, the Settlement Agreement will become effective after expiration of the time for all appeals of the Court's final approval order or, if an appeal is filed, a final determination that the settlement should be approved. If you are eligible for an individual settlement amount, it will be distributed to you within thirty (30) days after the settlement becomes effective. By cashing your settlement check, you will be giving up your right to sue for unpaid wages in any other lawsuit arising from the claims released by this settlement.

**How Will My Settlement Amount Be Distributed To Me?**

If you are eligible for a settlement payment, the settlement administrator will send you a check. The settlement amount will be allocated to back pay and will be subject to withholding of federal, state, and local income and payroll taxes, as well as any other required withholdings, such as garnishments. You will receive an IRS Form W-2 for this payment from the settlement fund. The employer's share of taxes will also be paid from the Gross Settlement Amount.

**Who Is Responsible For Paying The Taxes On My Settlement Amount?**

The settlement administrator will deduct federal, state, and local income and payroll taxes, as well as any other required withholdings, from your settlement amount. You are solely responsible for paying any other applicable taxes based on your receipt of a settlement payment. Neither your attorneys nor Defendants' attorneys can provide any advice. You should consult your tax advisor if you have questions about the tax consequences of your individual settlement payments.

**How Can I Get a Copy of the Settlement Agreement and the Court's Preliminary Approval Order?**

This Notice is a summary of your legal rights. These documents and all other pleadings and records in this lawsuit may be examined at any time during regular business hours in the Clerk's Office at the Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, CO 80294-3589

**What If I Have Questions About This Notice Or My Individual Settlement Amount?**

If you have questions concerning the settlement, you may contact Class Counsel as described above.

***You should not contact the Court if you have questions about the settlement or this Notice.***

*INTENTIONALLY LEFT BLANK*

5

<<ID>> - <<FIRST>> <<LAST>>

**KAOS LIMITED SETTLEMENT**
C/O OPTIME ADMINISTRATION, LLC
PO BOX 3206
BROCKTON, MA 02304

«First» «Last»
«ADDRESS» «ADDRESS2»
«CITY», «STATE» «ZIP»

   CID # «ID»

6

<<ID>> - <<FIRST>> <<LAST>>