IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00466-NRN | Date: April 7, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ELLIOT GORR, individually and on behalf of all similarly situated persons, | Brian Gonzales |
| Plaintiff, | |
| v. | |
| KAOS LIMITED, KYLEENA FALZONE, CARSON WEST, and BENJAMIN DIEM, | Kristina Wright |
| Defendants. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**10:33 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

This matter is before the Court regarding Joint Motion for Final Approval of Class Action Settlement (Dkt. #42).

Discussion by the parties regarding settlement process.

For the reasons set forth on the record, it is

**ORDERED:**   The Joint Motion for Final Approval of Class Action Settlement is GRANTED.

**10:56 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:23

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.